UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| William Paul Burch, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-00645-N-BH |
| | § | |
| JP Morgan Chase Bank, N.A., | § | |
| | § | |
| Defendant. | § | |

---

APPENDIX TO BRIEF IN SUPPORT OF
DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS
PLAINTIFF'S COMPLAINT

---

In accordance with Local Rule 7.1(i), defendant JPMorgan Chase Bank, N.A. (Chase), incorrectly sued as JPMorgan Chase Bank NA, files its Appendix to Brief in Support of its Motion to Dismiss Plaintiff's Complaint (Brief). Chase relies upon the following evidence in support of its Brief on file contemporaneously herewith, and this evidence is incorporated into that Brief as if set forth therein in full.

Attached hereto are the following documents:

| | | |
|---|---|---|
| Ex. A | Deed of Trust dated January 19, 2007 from Burch and Juanita Burch to Mortgage Electronic Registration Systems, Inc. (MERS) | App. 1-21 |
| Ex. B | Assignment of Note and Deed of Trust from MERS to Deutsche Bank National Trust Company as Trustee for GSAA Home Equity Trust 2007-5, Asset-Backed Certificates, Series 2007-5 (Deutsche Bank, as trustee) dated July 4, 2008 | App. 22-25 |
| Ex. C | Order Confirming Debtor's Third Amended Plan of Reorganization (Doc. 246) in case number 08-45761-RFN-11 in the United States Bankruptcy Court of the Northern District of Texas, Fort Worth Division | App. 26-46 |

Respectfully submitted,

*/s/ R. Kendall Yow*

WM. LANCE LEWIS
Texas Bar No. 12314560
R. KENDALL YOW
Texas Bar No. 24066806
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
214-880-1833 Telephone
214-871-2111 Facsimile
llewis@qslwm.com
kyow@qslwm.com

ATTORNEYS FOR DEFENDANT
JPMORGAN CHASE BANK, N.A.

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all parties in accordance with the Federal Rules of Civil Procedure on March 22, 2019.

William P. Burch
P.O. Box 201236
Arlington, Texas 76006

*/s/ R. Kendall Yow*
R. Kendall Yow