IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WILLIAM PAUL BURCH, | § | |
|     Plaintiff, | § | |
| v. | § | Civil Action No. 3:19-CV-0645-N-BH |
| | § | |
| JPMORGAN CHASE BANK, N.A., | § | |
|     Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Plaintiff's Motion for Remand*, filed April 1, 2019 (doc. 9), and *Motion for Default Judgment* are **DENIED**, and *Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint*, filed March 22, 2019 (doc. 5), is **GRANTED**. By separate judgment, this case will be **DISMISSED with prejudice**.

SIGNED this 4th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE