**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **WILLIAM PAUL BURCH,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil Action No. 3:19-CV-0645-N-BH** |
| | § | |
| **JPMORGAN CHASE BANK, N.A.,** | § | |
| **Defendant.** | § | |

# FINAL JUDGMENT

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a).

It is ORDERED, ADJUDGED, and DECREED that *Defendant JPMorgan Chase Bank, N.A.'s Motion to Dismiss Plaintiff's Complaint*, filed March 22, 2019 (doc. 5) is **GRANTED,** and all of Plaintiff's claims against Defendant are **DISMISSED with prejudice.**

The taxable costs of court, as calculated by the clerk of court, are assessed against Plaintiff.

It is further ORDERED, ADJUDGED, and DECREED that the Clerk shall transmit a true copy of this judgment to the parties.

**SO ORDERED**, this 4th day of October, 2019.

**UNITED STATES DISTRICT JUDGE**